```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
```

CRESCENT CITY PROPERTY                        CIVIL ACTION
REDEVELOPMENT ASSOCIATION,
LLC

VERSUS                                        NO: 11-1988

THE CITY OF NEW ORLEANS                       SECTION: "A" (4)

### RULE 54(B) J U D G M E N T

For the reasons entered granting in part and denying in part Defendant's motion for summary judgment, and seeing no just reason for delay,

Accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the City of New Orleans and against Plaintiff dismissing the procedural due process and takings claims without prejudice, and dismissing the conversion claim as to the Touro Street property with prejudice.

July 16, 2012

```
                        _____
                              JAY C. ZAINEY
                        UNITED STATES DISTRICT JUDGE
```